IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02600-WDM-MEH

RICK R. COBELLO, et al.,

    Plaintiffs,

v.

JOE PELLE, et al.,

    Defendants.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

Plaintiff having failed to comply with the court's January 4, 2007 minute order, it is now ordered that the complaint is stricken for failure to comply with D.C.COLO.LCivR 10.1E, and this matter is dismissed without prejudice.

DATED at Denver, Colorado, on January 29, 2007.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge

PDF FINAL