IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-02600-WDM-MEH

RICK R. COBELLO, et al.,

    Plaintiff(s),

v.

JOE PELLE, et al.,

    Defendant(s).

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiffs' motion to vacate order of dismissal without prejudice is granted. The order of dismissal is vacated by virtue of plaintiff showing good cause why plaintiff may be relieved from this court's order pursuant to Fed. R. Civ. P. 60(b).

Dated: January 29, 2007

                                      s/ Jane Trexler, Judicial Assistant