IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 06-cv-02600-MJW-MEH**

RICK R. COBELLO, et al.,

Plaintiff(s),

v.

JOE PELLE, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 23) is GRANTED. The written Protective Order is APPROVED as amended in paragraph 8 and made an Order of Court.

Date: July 9, 2007