IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02600-~~WDM~~-MEH *MJW*

RICK R. COBELLO and JULIE R. COBELLO;

Plaintiffs,

v.

JOE PELLE, Boulder County Sheriff; BOULDER COUNTY, by and through the BOULDER COUNTY BOARD OF COMMISSIONERS; CATHY DUNPHY; and JUDY MEYER;

Defendants.

---

**ORDER RE: PLAINTIFFS' UNOPPOSED MOTION TO VACATE COST JUDGMENT** *(Docket No. 82)*

---

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion to Vacate Cost Judgment. Having reviewed the Motion and being fully advised, the Court hereby GRANTS the Motion and ORDERS that the cost judgment entered on April 30, 2008 in favor of Defendants against Plaintiffs in the amount of $4,379.06 is hereby vacated.

Dated this 5th day of ~~June~~ December, 2008.

BY THE COURT:

/s/ Michael J. Watanabe
~~United States District Court Judge~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

cc: Counsel of record

- 2 -